Paul W. Kisslinger
Kyle M. DeYoung
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C.  20549-5977
(202) 551-4427 (tel) (Kisslinger)
(202) 772-9292 (fax) (Kisslinger)
*kisslingerp@sec.gov*

Blaine T. Welsh
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
*Blaine.Welsh@usdoj.gov*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA – LAS VEGAS**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**DANIEL E. RUETTIGER,**<br>**ROCCO BRANDONISIO,**<br>**STEPHEN DECESARE,**<br>**PAWEL P. DYNKOWSKI,**<br>**KEVIN S. KAPLAN,**<br>**GREGG R. MULHOLLAND,**<br>**MEHMET MUSTAFOGLU,**<br>**JOSEPH A. PADILLA,**<br>**ANGELO R. PANETTA,**<br>**KEVIN J. QUINN,**<br>**ANDREA M. RITCHIE,**<br>**CHAD P. SMANJAK, and**<br>**GARY J. YOCOM,**<br><br>        **Defendants.** | Case No. 2:11-cv-2011 |

**NOTICE OF LODGING OF SETTLEMENT DOCUMENTS**

Plaintiff Unites States Securities and Exchange Commission hereby submits for the Court's review, the executed Consent to judgment and proposed Final Judgment as to Defendant Joseph A. Padilla.

DATED:  December 16, 2011                           Respectfully submitted,

                                                    /s/ Paul W. Kisslinger
Of Counsel:                                         Paul W. Kisslinger
Scott W. Friestad                                   Kyle M. DeYoung
Brian O. Quinn
Antony Richard Petrilla                             Attorneys for Plaintiff
                                                    UNITED STATES SECURITIES AND
                                                    EXCHANGE COMMISSION
                                                    100 F Street, N.E.
                                                    Washington, D.C.  20549-5977
                                                    (202) 551-4427 (tel) (Kisslinger)
                                                    (202) 772-9292 (fax) (Kisslinger)

                                                    Local Counsel:
                                                    DANIEL G. BOGDEN
                                                    United States Attorney
                                                    District of Nevada

                                                    BLAINE T. WELSH
                                                    Assistant United States Attorney
                                                    Nevada Bar. No. 4790
                                                    333 Las Vegas Boulevard South, Suite 5000
                                                    Las Vegas, Nevada 89101
                                                    Phone: (702) 388-6336
                                                    Facsimile: (702) 388-6787

## CERTIFICATE OF SERVICE

I Paul W. Kisslinger hereby declare that on December 16, 2011, the above Notice of Lodging of Settlement Documents was filed on the Court's ECF system, and by Unites States mail upon the following:

>Sean Prosser
>Morrison & Foerster LLP
>12531 High Bluff Drive
>Suite 100
>San Diego, CA 92130
>
>*Counsel for Joseph A. Padilla*

/s/ Paul W. Kisslinger
Paul W. Kisslinger
