# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

United States Securities and Exchange Commission,

                   Plaintiff,

V.

Rocco Brandonisio, Jr., et al.,

                   Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-02011-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that DEFAULT judgment is entered in favor of United States Securities and Exchange Commission and against Defendants Pawel P. Dynkowski and Chad P. Smanjak without prejudice. Defendants Pawel P. Dynkowski and Chad P. Smanjak are permanently enjoined from further violations of (1) Exchange Act Section 10(b), 15 U.S.C. § 78j(b), Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; (2) Securities Act Section 5(a), 15 U.S.C. § 77e(a); (3) Securities Act Section 5(c), 15 U.S.C. § 77e(c); and (4) Securities Act Section 17(a), 15 U.S.C. § 77q(a). It is further ORDERED that Dynkowski and Smanjak are also permanently barred from participating in a pennystock offering, pursuant to Securities Act Section 20(g), 15 U.S.C. § 77t(g), and Exchange Act Section 21(d)(6), 15 U.S.C. § 78u(d)(6).

September 24, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk