UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>                  v.<br><br>DANIEL E. RUETTIGER,<br>ROCCO BRANDONISIO,<br>STEPHEN DECESARE,<br>PAWEL P. DYNKOWSKI,<br>KEVIN S. KAPLAN,<br>GREGG R. MULHOLLAND,<br>MEHMET MUSTAFOGLU,<br>JOSEPH A. PADILLA,<br>ANGELO R. PANETTA,<br>KEVIN J. QUINN,<br>ANDREA M. RITCHIE,<br>CHAD P. SMANJAK, and<br>GARY J. YOCOM,<br><br>                      Defendants. | Case No. 2:11-cv-02011-JAD-VCF<br><br>ORDER EXTENDING DEADLINE FOR SEC TO RE-FILE ITS REQUEST FOR DISGORGEMENT, PREJUDGMENT INTEREST AND CIVIL PENALTIES AGAINST DEFENDANTS SMANJAK AND DYNKOWSKI |

IT IS HEREBY ORDERED that the deadline for the Securities and Exchange Commission (the "Commission" or "SEC") to re-file its request for disgorgement, prejudgment interest and civil penalties against Defendants Chad Smanjak and Pawel Dynkowski is adjourned. It is further ORDERED that the SEC shall provide the Court with a status update and a proposed deadline for it to re-file its request no later than March 31, 2014.

DATED: November 25, 2013.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE