| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/26/2014 | $ 1,182.62 | Jeppesen Sanderson Navigation | |
| 9/29/2014 | $ 14,400.00 | Simuflite Training (Dallas, TX) | Educational Service-Tuition/Fees |
| 10/2/2014 | $ 310.00 | Flightaware (Houston, TX) | Computer Data |
| 10/7/2014 | $ 2,850.00 | DVT Atlantic Deer VA (Phoenix, AZ) | |
| 10/7/2014 | $ 149.49 | DVT Atlantic Deer VA (Phoenix, AZ) | |
| 10/7/2014 | $ 2,631.25 | DVT Atlantic Deer VA (Phoenix, AZ) | |
| 10/7/2014 | $ 2,262.50 | DVT Atlantic Deer VA (Phoenix, AZ) | |
| 10/14/2014 | $ 1,120.00 | Computer Training SY (KS) | |
| 10/17/2014 | $ 195.00 | Computer Training SY (KS) | |
| 10/17/2014 | $ 3,412.90 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 10/18/2014 | $ 2,594.42 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 10/20/2014 | $ 3,923.52 | XJET Club LLC (CO) | |
| 10/21/2014 | $ 6,124.76 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 10/23/2014 | $ 1,195.00 | In *Wilding Air (Lake Orion, MI) | |
| 10/28/2014 | $ 9,356.14 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 10/29/2014 | $ 101.47 | Landmark Avn Sdl Mai(Scottsdale, AZ) | Petroleum Products |
| 10/29/2014 | $ 1,177.44 | Jeppesen Sanderson Navigation | |
| 10/30/2014 | $ 199.00 | Nata Compliance Servre (NV) | |
| 10/30/2014 | $ 3,580.00 | Epps Aviation (Atlanta, GA) | |
| 10/30/2014 | $ 3,826.14 | Atlantic Aviation (Kansas City, MO) | |
| 10/30/2014 | $ 2,332.60 | Landmark Avn Sdl Mai(Scottsdale, AZ) | Petroleum Products |
| 11/2/2014 | $ 390.00 | Las Atlantic (Las Vegas, NV) | |
| 11/2/2014 | $ 60.00 | Flightaware (Houston, TX) | Computer Data |
| 11/2/2014 | $ 2,824.84 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/4/2014 | $ 50.40 | HBS Van Nuys Kvny (CA) | Airport & Terminal Non Fuel Related Charges |
| 11/5/2014 | $ 9,000.00 | Simuflite Training (Dallas, TX) | Educational Service-Tuition/Fees |
| 11/11/2014 | $ 146.30 | Van Int'l Apt Park LRichmond (CA) | Direct Mktg Travel |
| 11/13/2014 | $ 2,437.46 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/17/2014 | $ 3,656.19 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |

PLAINTIFF'S
EXHIBIT
3
tabbies

| Date | Amount | Vendor | Description |
|---|---|---|---|
| 11/19/2014 | $ 2,414.57 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/20/2014 | $ 2,414.57 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/22/2014 | $ 2,414.57 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/24/2014 | $ 59.50 | Nata Compliance Servre (NV) | |
| 11/24/2014 | $ 59.50 | Nata Compliance Servre (NV) | |
| 11/26/2014 | $ 6,292.35 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/28/2014 | $ 5,505.81 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 11/29/2014 | $ 1,177.44 | Jeppesen Sanderson Navigation | |
| 11/30/2014 | $ 1,221.00 | ASE Atlantic Aspen (CO) | |
| 12/2/2014 | $ 60.00 | Flightaware (Houston, TX) | Computer Data |
| 12/6/2014 | $ 261.65 | Combs - San Francisco | Airport & Terminal Fuel & Non Fuel Related Charges |
| 12/6/2014 | $ 3,118.27 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 12/7/2014 | $ 2,358.20 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 12/9/2014 | $ 539.76 | Vancouver Airport Pavancouver (CA) | Direct Mktg Travel |
| 12/9/2014 | $ 2,418.64 | AeroFlight Executive (Seattle, WA) | Aviation Products |
| 12/9/2014 | $ 5,184.13 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 12/9/2014 | $ 15.00 | Signature - Santa Asanta (CA) | Airport & Terminal Non Fuel Related Charges |
| 12/20/2014 | $ 2,442.36 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 12/21/2014 | $ 205.00 | Signature - Las Vegas (NV) | Airport & Terminal Non Fuel Related Charges |
| 12/27/2014 | $ 4,863.54 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 12/27/2014 | $ 4,416.28 | Landmark Aviation (San Diego, CA) | Petroleum Products |
| 1/1/2015 | $ 60.00 | Flightaware (Houston, TX) | Computer Data |
| 1/8/2015 | $ 2,298.30 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 1/10/2015 | $ 3,820.45 | Global Aviation, Inc (Hillsboro, OR) | Aviation Products |
| 1/10/2015 | $ 4,905.46 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 1/12/2015 | $ 1,996.06 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 1/13/2015 | $ 6,681.71 | Air Service (HI) | Airports/Flying FIE |
| 1/13/2015 | $ 145.00 | Signature - Las Vegas (NV) | Airport & Terminal Non Fuel Related Charges |
| 1/16/2015 | $ 390.00 | BUR Atlantic (Burbank, CA) | |

| 1/17/2015 | $ | 3.39 | Vancouver Airport Pavancouver (CA) | Direct Mktg Travel |
|---|---|---|---|---|
| 1/17/2015 | $ | 390.00 | BUR Atlantic (Burbank, CA) | |
| 1/19/2015 | $ | 228.00 | LAX Atlantic Los Angeles (CA) | |
| 1/19/2015 | $ | 665.00 | ASE Atlantic Aspen (CO) | |
| 1/19/2015 | $ | 5,833.31 | Air Service (HI) | Airports/Flying FIE |
| 1/19/2015 | $ | 1,056.02 | Air Service (HI) | Airports/Flying FIE |
| 1/19/2015 | $ | 5,000.47 | HBS Van Nuys Kvny (CA) | Airport & Terminal Fuel & Non Fuel Related Charges |
| 1/21/2015 | $ | 34.15 | HBS Van Nuys Kvny (CA) | Airport & Terminal Non Fuel Related Charges |

Total:     **$ 162,438.90**

| | | |
|---|---|---|
| Simuflite Training (Dallas, TX) | $ | 23,400.00 |
| DVT Atlantic Deer VA (Phoenix, AZ) | $ | 7,893.24 |
| HBS Van Nuys Kvny (CA) | $ | 81,699.92 |
| Air Service (HI) | $ | 13,571.04 |