

# WYOMING CORPORATE SERVICES, INC.
2710 Thomes Ave.
Cheyenne, WY 82001
Office Hours: 8:00 AM to 5:00 PM
Monday through Friday
Phone: 307-632-3333
Toll Free 1-800-990-0433

## INVOICE:
Stampeeder Systems, Inc.
Black Foot Resources, Inc.

**Bill To:**
Dale Paisley

**DESCRIPTION**                                                      **AMOUNT**
 2Wyoming LLC
2 Monthly Mail
2 Phone Operator

TOTAL: $3260.00

Balance Due: 0.00

Payment: AMEX

Date Paid
10/5/2010



# Payment Receipt

Wyoming Corporate Services, Inc.

1712 Pioneer Ave.

Cheyenne, WY 82001

307-632-3333

800-990-0433

Received From:

GlobalLeadGen, Inc.

GlobalLeadGen, Inc.

Dale Paisley

4830 Park Newport

Newport Beach, CA  92660

| | | | |
|---|---|---|---|
| **Date Received** | 11/30/2012 | **Payment Amount** | $1,210.00 |
| **Payment Method** | American Express | | |
| **Check/Ref. No.** | 41312 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 09/15/2012 | 41312 | -$1,210.00 |

# Payment Receipt

**Wyoming Corporate Services, Inc.**
1712 Pioneer Ave.
Cheyenne, WY 82001
307-632-3333
800-990-0433

**Received From:**
GlobalLeadGen, Inc.
GlobalLeadGen, Inc.
Dale Paisley
4830 Park Newport
Newport Beach, CA 92660

| | | | |
|---|---|---|---|
| **Date Received** | 10/17/2014 | **Payment Amount** | $1,260.00 |
| **Payment Method** | American Express | | |
| **Check/Ref. No.** | 63498 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 09/15/2014 | 63498 | -$1,260.00 |