# Contact Info

**Company** Data Source, Inc.  
**Contact** Dale Paisley  
**Salutation** Dale  
**Phone** [redacted] Ext.  
**Alt Phone** Ext.  
**Mobile**  
**Fax**  
**E-mail Address** [redacted]  
**Alt Email Address**  

**Address** 4830 Park Newport  
**City** Newport Beach  
**State** CA **Zip** 92660  
**Country** USA  
**Referred By** Repeat Client  
**Web Site**  

**Alt Contact**  
**Alt Contact Phone**  
**Alt Contact Email**  
**Alt Contact 2**  
**Alt Contact Phone 2**  
**Alt Contact Email 2**  

**Last Results**

**STATUS** ACTIVE   **Registered Agent** Corporate Agents, LLC   **RA Resign**

**RA Agreement Rcvd** yes   **BAP** yes

Tabs: Mail Forwarding Client Information | Corporate Profile Info | Status | Web Info | New Tab1 | Social Updates | Marketing Results  
Notes | History | Activities | Opportunities | Groups/Companies | Documents | Secondary Contacts | Contact Access | Contact Info

**Dates:** All Dates    Select Users    Options

| Date | Time | Regarding |
|---|---|---|
| 7/22/2014 | 2:30 PM | Mailed out copy of 2014 AR to above address |
| 7/18/2014 | 2:00 PM | Charged cc $287 for RA, PRS, and State fee filed '14 AR online issued ste 6373 |
| 6/24/2014 | 4:33 PM | RA Audit Good |
| 8/16/2013 | 2:59 PM | 2013 AR filed billing adjusted |
| 8/13/2013 | 2:03 PM | Delinquency received from state & fwd |
| 8/7/2013 | 10:08 AM | COLLECTIONS emailed SOS link |
| 7/16/2013 | 11:00 AM | Charged **Amex $135 for ra fee**, sos link emailed for AR // Two August |

PLAINTIFF'S EXHIBIT 10

Page 2

| | | |
|---|---|---|
| | | ...renewals |
| 9/12/2012 | 3:27 PM | forwarded IRS & EFTP |
| 8/21/2012 | 10:45 AM | **Order Processing** |
| | | RA sent: 082112 tm |
| | | Other agreements sent: |
| | | RA returned:082112 tm |
| 8/21/2012 | 10:44 AM | Director Listing |

| Date | Time | Regarding | | | Record Manager | Share With |
|---|---|---|---|---|---|---|
| 7/22/2014 | 2:30 PM | Mailed out copy of 2014 AR to above address | | | Lindsay Hamilton - temp | |
| 7/18/2014 | 2:00 PM | Charged cc $287 for RA, PRS, and State fee filed '14 AR online issued ste 6373 | | | Lindsay Moore | |
| 6/24/2014 | 4:33 PM | RA Audit Good | | | Lindsay Hamilton - temp | |
| 8/16/2013 | 2:59 PM | 2013 AR filed billing adjusted | | | Kelly Weidler | |
| 8/13/2013 | 2:03 PM | Delinquency received from state & fwd | | | Christina Horton | |
| 8/7/2013 | 10:08 AM | COLLECTIONS emailed SOS link | | | Lindsay Moore | |
| 7/16/2013 | 11:00 AM | Charged **Amex $135 for ra fee**, sos link emailed for AR // Two August renewals | | | Kelly Weidler | |
| 9/12/2012 | 3:27 PM | forwarded IRS & EFTP | | | Rhoda | |
| 8/21/2012 | 10:45 AM | **Order Processing** RA sent: 082112 tm Other agreements sent: RA returned: 082112 tm | | | Trisha Mayfield | |
| 8/21/2012 | 10:44 AM | **Director Listing** Director/Treasurer: Dale Paisley ███████ | | | Trisha Mayfield | |

Company Name: Data Source, Inc.    Aged: _____

Name Change to: _____

Date of Order: 8-21-12

Order Verified By: Phone Date: 8-21-12 Int. TM

Order Complete Date: @ 08-28-12 Int. KG

RA Sent Date: 8-21-12 RA Returned 8-21-12

Kit Ordered Date: 8-21-12 Int. TM Kit Received Date: 8-23 Kit Shipped Date: 8-27

Fast Kit order# 47302 Email: KG Order Follow-thru: KG

Tracking Number [REDACTED] Update ACT/Int. KG

Articles to State Date: 8/21 Int. ⱴ Articles back from State Date: 8-27 Int. KG

Pad Acct ✓

Order Follow ✓ Int. ⱴ

Invoice ✓ Int. ⱴ update ACT! ✓ Int. ⱴ

Kit Papers/Resolutions ✓ Int. ⱴ

If Have: ___ yes ✓ no

Phone: VM___ OP___ Agreement Sent: _____ Int._____ WY Phone #_____ Log___
Email sent to client: ___

Mail: QU___ M___ 2M___ WK___ 2WK___ D___ Agreement Sent: _____ Int.____ Suite#_____ Log___
Email sent to client: ___

Bank Acct: Wells Fargo: _____ Application Sent to client: _____ Int.: _____

Attorney Package: Attorney notified: _____ Int. _____

Docs Sent to Attorney:-Mail Agree._____ -Bank Acct._____ -Phone._____

NOTES: (Status Updates) ****NOTE ACT WHERE SALES SHEET IS LOCATED****

1,000 w $1.00
450

**Trisha Mayfield**

From: ▆▆▆▆▆@wyomingcompany.com>
Date: Tuesday, August 21, 2012 10:32 AM
To: ▆▆▆y@wyomingcompany.com>; ▆▆▆@wyomingcompany.com>; ▆▆▆a@wyomingcompany.com>; ▆▆▆mingcompany.com>; ▆▆▆wyomingcompany.com>; ▆▆▆@wyomingcompany.com>
Subject: Fw: New Order from WyomingCompany.com



Name: Dale Paisley - see Act

How did you hear about us? Repeat Client
C-CORP
① > Data Source, Inc. $450
> 1,000 shares each.  $1 pv
Director: Dale Paisley and Gregg Mulholland

② > C-CORP
> DSC, Inc. - $450
> 1,000 shares each.  $1 pv
> Director: Dale Paisley

Ship Fed Ex Ground $0.00
>
> TOTAL: $900
> Therese
>
>

✓ Ship to

# STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF INCORPORATION

## Data Source, Inc.

Accordingly, the undersigned, by virtue of the authority vested in me by the law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **24th** day of **August, 2012**.



*Max Maxfield*
Secretary of State

By: Jessica Baldwin

Filed Date: 08/24/2012

# Designated Contact and Officers/Directors Listing

Company Name: Data Source, Inc.

Designated Contact: Dale Paisley

Mailing Address: ███████████

City/State/Zip: Newport Beach, CA 92660

Physical Address (if different than above): _____

City/State/Zip: _____

Telephone: ███████████

E-Mail Address: _____

AND the names and physical addresses of ALL of its Corporate Officers/Directors are **(required)**:

President: Gregg Mulholland
    Physical Address: 30302 Malaspina Rd. San Juan Capistrano, CA 92675

Vice President: Gregg Mulholland
    Physical Address: 30302 Malaspina Rd., San Juan Capistrano, CA 92675

Secretary: Gregg Mulholland
    Physical Address: 30302 Malaspina Rd. San Juan Capistrano, CA 92675

Treasurer: Dale Paisley
    Physical Address: ███████████

Director(s): Gregg Mulholland
    Physical Address: 30302 Malaspina Rd. San Juan Capistrano, CA 92675

Director(s): Dale Paisley
    Physical Address: ███████████

The above listed person also agrees that the names and addresses of the officers and directors will be kept current with the Registered Agent, within sixty (60) days of any change.

I hereby agree and also certify that this information is true and correct to the best of my knowledge.

Signature: *Dale Paisley*
Dale Paisley (Aug 21, 2012)

Aug 21, 2012

Email: ███████████



## WYOMING CORPORATE SERVICES, INC.
2710 Thomes Ave.
Cheyenne, WY 82001
Office Hours: 8:00 AM to 5:00 PM
Monday through Friday
Phone: 307-632-3333
Toll Free 1-800-990-0433

**INVOICE:**
Data Source, Inc.

**Bill To:**
Dale Paisley

| DESCRIPTION | AMOUNT |
|---|---|
| Wyoming C-Corp | $ 495.00 |
| Discount | $ -45.00 |

**TOTAL: $ 450.00**

**Balance Due: 0.00**
Date Paid
8/21/2012

Payment Receipt

**Wyoming Corporate Services, Inc.**
1712 Pioneer Ave.
Cheyenne, WY 82001
307-632-3333
800-990-0433

**Received From:**
Data Source, Inc.
Data Source, Inc.
Dale Paisley
4830 Park Newport
Newport Beach, CA 92660

| | | | |
|---|---|---|---|
| **Date Received** | 07/16/2013 | **Payment Amount** | $135.00 |
| **Payment Method** | American Express | | |
| **Check/Ref. No.** | 49564 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 06/15/2013 | 49564 | -$135.00 |

# Payment Receipt

**Wyoming Corporate Services, Inc.**
1712 Pioneer Ave.
Cheyenne, WY 82001
307-632-3333
800-990-0433

**Received From:**
Data Source, Inc.
Data Source, Inc.
Dale Paisley
4830 Park Newport
Newport Beach, CA 92660

| | | | |
|---|---|---|---|
| **Date Received** | 07/18/2014 | **Payment Amount** | $287.00 |
| **Payment Method** | American Express | | |
| **Check/Ref. No.** | 60613 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 06/15/2014 | 60613 | -$287.00 |