## STATE OF WYOMING * SECRETARY OF STATE
## EDWARD F. MURRAY, III
## BUSINESS DIVISION

200 West 24th Street, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | ALPINE INTERNATIONAL AVIATION, LLC | | |
| Filing ID | 2013-000638804 | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 02/27/2013 12:32 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 04/11/2014 |

**Principal Address**

Anderson Registered Agents
5830 E 2nd St
Casper, WY 82609

**Mailing Address**

Anderson Registered Agents
5830 E 2nd St
Casper, WY 82609

**Registered Agent Address**

ANDERSON REGISTERED AGENTS
Anderson Registered Agents
5830 E 2nd St
Casper, WY 82609

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Organizer | Dorothy J Bunker |

**Notes**

| Date | Recorded By | Note |
|---|---|---|

### Annual Report History

PLAINTIFF'S EXHIBIT 15

# Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

**Name**  ALPINE INTERNATIONAL AVIATION, LLC
**Filing ID**  2013-000638804
**Type**  Limited Liability Company   **Status**  Inactive - Administratively Dissolved (Tax)

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| | | | | |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2014-001605612 | Dissolution / Revocation - Tax | 04/11/2014 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 04/11/2014 | |
| 2014-001579546 | Delinquency Notice - Tax | 02/02/2014 |
| See Filing ID | Initial Filing | 02/27/2013 |