# Payment Receipt

**Wyoming Corporate Services, Inc.**
1712 Pioneer Ave.
Cheyenne, WY 82001
307-632-3333
800-990-0433

**Received From:**
Alpine International Air, LLC
Alpine International Air, LLC
Dale Paisley
4830 Park Newport
Newport Beach, CA 92660

| Date Received | 03/31/2014 | Payment Amount | $237.00 |
|---|---|---|---|
| Payment Method | American Express | | |
| Check/Ref. No. | 56941 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 02/15/2014 | 56941 | -$237.00 |

PLAINTIFF'S EXHIBIT 16