**Centurion® Card**

GREGG MULHOLLAND
Closing Date 04/27/14

DUPLICATE COPY

p. 1

Account Ending 5-93008

| New Balance | $25,077.24 |
|---|---|
| Please Pay By‡ | 05/12/14 |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

See page 2 for important information about your account.

**Membership Rewards® Points**
Available and Pending as of 03/31/14
**5,415,321**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| Previous Balance | $56,606.71 |
|---|---|
| Payments/Credits | -$56,906.82 |
| New Charges | +$25,377.35 |
| Fees | +$0.00 |
| **New Balance** | **$25,077.24** |

Days in Billing Period: 30

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**          **Pay by Phone**
1-877-877-0987              1-800-472-9297

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

Account Ending 5-93008
Enter account number on all documents.
Make check payable to American Express.

GREGG MULHOLLAND
30302 MALASPINA RD
SAN JUAN CAPISTRANO CA 92675-1512

Please Pay By
**05/12/14**
Amount Due
**$25,077.24**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000


PLAINTIFF'S EXHIBIT 17

0000349991479331084  00250772400250772424

**Centurion® Card**

GREGG MULHOLLAND
Closing Date 04/27/14

DUPLICATE COPY

Account Ending 5-93008

## Payments and Credits
### Summary

| | Total |
|---|---|
| **Payments** | -$45,675.13 |
| **Credits** | |
| GREGG MULHOLLAND 5-93008 | -$669.26 |
| **Total Payments and Credits** | |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 04/23/14* | GREGG MULHOLLAND | CUSTOMER SERVICE PAYMENT THANK YOU | -$45,675.13 |
| **Credits** | | | **Amount** |
| 04/03/14* | GREGG MULHOLLAND | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$669.26 |

Centurion® Card  **DUPLICATE COPY**

GREGG MULHOLLAND
Closing Date 04/27/14                                                                 Account Ending 5-93008

## Detail Continued   *Indicates posting date

## New Charges
## Summary

| | Total |
|---|---|
| GREGG MULHOLLAND 5-93008 | $11,261.56 |

**Total New Charges**

## Detail   *Indicates posting date

**GREGG MULHOLLAND**
Card Ending 5-93008

| Date | Description | Location | Foreign Spend | Amount |
|---|---|---|---|---|
| 03/28/14 | ST REGIS MONARCH FB DANA POINT 9492343200 | CA | | $252.76 |
| 03/28/14 | SHELL OIL 5744273750CAPISTRANO AUTO FUEL DISPENSER | CA | | $83.64 |
| 03/29/14 | RESOURCE BUILDING MALAKE FOREST 949-855-9994 Description BUILDING MATERIAL | CA | | $174.87 |
| 03/29/14 | Z PIZZA    SAN JUAN CAPI 949-429-8888 Description FAST FOOD RESTAURAN | CA | | $26.63 |
| 03/29/14 | CHEESECAKE MISSION VMISSION VIEJO 949-364-6200 FOOD TIP | CA | $82.19 $16.00 | $98.19 |

Continued on reverse

**DUPLICATE COPY**

GREGG MULHOLLAND                                     Account Ending 5-93008

**Detail Continued**     *Indicates posting date

|  |  | Foreign Spend | Amount |
|---|---|---|---|
| 03/30/14 | VUDU.COM 9123   408-492-1010<br>1958307_381 95051<br>CABLE/BROADCAST SVC |  | $5.99 |
| 03/30/14 | VUDU.COM 9123   408-492-1010<br>1958307_380 95051<br>CABLE/BROADCAST SVC |  | $5.99 |
| 03/30/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 |  | $63.03 |
| 03/31/14 | VUDU.COM 9123   408-492-1010<br>1958307_382 95051<br>CABLE/BROADCAST SVC |  | $9.99 |
| 03/31/14 | CORPORATIONS TODAY 2307-6356888    WY<br>307-635-6888 |  | $237.00 |
| 03/31/14 | A-THRONE 650000002595629811197<br>5629811197<br>MISC SPECIALTY RETAIL |  | $94.96 |
| 04/01/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 |  | $10.83 |
| 04/01/14 | PAPER ANNEX PAPER ANSAN JUAN CAPISTR  CA<br>949-661-4342 |  | $222.74 |
| 04/01/14 | BEACHFIRE BAR AND 54SAN CLEMENTE   CA<br>9493663232<br>TIP                        $10.00 |  | $59.68 |
| 04/02/14 | AMERICAN EXPRESS TVLPHOENIX       AZ<br>WESTJET<br>From:                  To:                   Carrier:  Class:<br>SANTA ANA JOHN WAY    VANCOUVER INTERNAT    WS        H<br>                      SANTA ANA JOHN WAY    WS        H<br>                      N/A                   YY        00<br>                      N/A                   YY        00<br>Ticket Number: 83873943691926     Date of Departure: 04/08<br>Passenger Name: MULHOLLAND/GREGG<br>Document Type: PASSENGER TICKET |  | $669.26 |
| 04/02/14 | QUOTE MEDIA INC  480-905-7311<br>480-905-7311 |  | $47.45 |
| 04/02/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 |  | $40.38 |
| 04/03/14 | RESOURCE BUILDING MALAKE FOREST    CA<br>949-855-9994<br>Description<br>BUILDING MATERIAL |  | $243.00 |
| 04/03/14 | OC PHARMACY 65000000SAN JUAN CAPISTRAN  CA<br>9494295326<br>Description            Price<br>DRUG STORES/PHARMAC    $13.27 |  | $13.27 |
| 04/03/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 |  | $60.16 |
| 04/03/14 | HARBOR WHOLESALE ELESANTA ANA    CA<br>7144342800<br>Description            Price<br>HARDWARE STORE         $656.86 |  | $656.86 |

Continued on next page

Centurion® Card                               DUPLICATE COPY

GREGG MULHOLLAND
Closing Date 04/27/14                                                           Account Ending 5-93008

## Detail Continued   *Indicates posting date

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 04/03/14 | SHELL OIL 5744273750CAPISTRANO   CA<br>AUTO FUEL DISPENSER | | | $86.75 |
| 04/04/14* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM 800-645-9700<br>TKT NO. 83873943691926 | | | $9.95 |
| 04/04/14 | P.F. CHANG'S #7800 0MISSION VIEJO   CA<br>RESTAURANT<br>FOOD | $62.91 | | $62.91 |
| 04/05/14 | VUDU.COM 9123   408-492-1010<br>1958307_383 95051<br>CABLE/BROADCAST SVC | | | $5.99 |
| 04/05/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | | $85.81 |
| 04/05/14 | COSTCO WHSE #0429 00SAN JUAN CAP   CA<br>9492403558 | | | $222.92 |
| 04/05/14 | INT*EXPRESS VPN   310-601-8492<br>310-601-8492 | | | $12.95 |
| 04/06/14 | VUDU.COM 9123   408-492-1010<br>1958307_384 95051<br>CABLE/BROADCAST SVC | | | $22.99 |
| 04/06/14 | VUDU.COM 9123   408-492-1010<br>1958307_385 95051<br>CABLE/BROADCAST SVC | | | $5.99 |
| 04/06/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | | $42.42 |
| 04/06/14 | SHELL OIL 5744273750CAPISTRANO   CA<br>AUTO FUEL DISPENSER | | | $64.47 |
| 04/07/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | | $32.52 |
| 04/07/14 | AMERICAS TIRE CAS27 MISSION VIEJO   CA<br>9493649505 | | | $409.19 |
| 04/08/14 | VUDU.COM 9123   408-492-1010<br>1958307_386 95051<br>CABLE/BROADCAST SVC | | | $25.99 |
| 04/08/14 | EARLS10101   NORTH VANCOUVER   CA<br>RESTAURANT | | 190.10<br>Canadian Dollars | $174.21 |
| 04/10/14 | THE BEACH HOUSE   WEST VANCOUVER   CA<br>RESTAURANT | | 102.29<br>Canadian Dollars | $93.73 |
| 04/10/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | | $25.14 |
| 04/11/14 | SAPPHIRE LAGUNA RESTLAGUNA BEACH   CA<br>9497159888<br>TIP | $5.00 | | $30.92 |
| 04/11/14 | SAPPHIRE LAGUNA RESTLAGUNA BEACH   CA<br>9497159888<br>TIP | $30.00 | | $184.44 |
| 04/11/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | | $8.30 |

Continued on reverse

**DUPLICATE COPY**
Account Ending 5-93008

GREGG MULHOLLAND

**Detail Continued**    *Indicates posting date

| Date | Description | Foreign Spend | Amount |
|---|---|---|---|
| 04/12/14 | EL TORITO 7155   DANA POINT    CA<br>RESTAURANT | | $162.62 |
| 04/13/14 | VUDU.COM 9123    408-492-1010<br>1958307_387 95051<br>CABLE/BROADCAST SVC | | $5.99 |
| 04/13/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | $41.23 |
| 04/13/14 | 91 EXPRESS LANES REBANAHEIM     CA<br>800-600-9191 | | $50.00 |
| 04/13/14 | Z PIZZA      SAN JUAN CAPI   CA<br>949-429-8888<br>Description<br>FAST FOOD RESTAURAN | | $26.63 |
| 04/14/14 | VUDU.COM 9123    408-492-1010<br>1958307_388 95051<br>CABLE/BROADCAST SVC | | $14.99 |
| 04/14/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | $32.63 |
| 04/15/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | $34.64 |
| 04/16/14 | DIRECTV SERVICE  800-347-3288    CA<br>TV SERVICE | | $186.53 |
| 04/16/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | $60.69 |
| 04/16/14 | SHELL OIL 5744273750CAPISTRANO    CA<br>AUTO FUEL DISPENSER | | $50.00 |
| 04/16/14 | SHELL OIL 5744273750CAPISTRANO    CA<br>AUTO FUEL DISPENSER | | $50.03 |
| 04/17/14 | NETFLIX WWW.NETFLIX.LOS GATOS    CA<br>WWW.NETFLIX.COM/CC | | $18.78 |
| 04/17/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | $14.96 |
| 04/17/14 | SHELL OIL 5744273750CAPISTRANO    CA<br>AUTO FUEL DISPENSER | | $49.65 |
| 04/17/14 | WHOLEFDS LGN #10437 3368569333<br>3368569333<br>GROCERY STORES | | $34.46 |
| 04/18/14 | MASTRO'S OC NEWPORT NEWPORT COAST   CA<br>949-376-6990<br>Description<br>FOOD/BEVERAGE | | $298.26 |
| 04/18/14 | BEST BUY    101 MISSION VIEJO   CA<br>ELECTRONICS STORE | | $126.33 |
| 04/19/14 | GROWERS DIRECT-ALI 5ALISO VIEJO   CA<br>9496007774<br>Description             Price<br>GROCERY STORES, SUP      $30.66 | | $30.66 |
| 04/19/14 | TRADER JOE'S #195 QALISO VIEJO    CA<br>626-599-3700<br>Description<br>GROCERIES/SUNDRIES | | $68.57 |

Continued on next page

**Centurion® Card**                                    **DUPLICATE COPY**

GREGG MULHOLLAND
Closing Date 04/27/14                                                            Account Ending 5-93008

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 04/19/14 | CHEESECAKE MISSION VMISSION VIEJO    CA<br>949-364-6200<br>FOOD<br>TIP | $49.90<br>$10.00 | | $59.90 |
| 04/20/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 | | | $52.76 |
| 04/21/14 | VUDU.COM 9123     408-492-1010<br>1958307_389 940663<br>CABLE/BROADCAST SVC | | | $5.99 |
| 04/21/14 | MARBELLA MONTESSORI 949-661-3355     CA<br>CHILD CARE SERVICE | | | $625.00 |
| 04/21/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 | | | $24.86 |
| 04/21/14 | DOUGLAS J HAUCK DDS NEWPORT BEACH     CA<br>DENTIST/ORTHODONTIST | | | $428.00 |
| 04/22/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 | | | $29.42 |
| 04/22/14 | SOUTH COAST BOBCAT IORANGE       CA<br>760-634-1601 | | | $1,998.93 |
| 04/23/14 | J2 EFAX SERVICES  323-817-3205     CA<br>INTERNET SVC | | | $16.95 |
| 04/23/14 | RESOURCE BUILDING MALAKE FOREST    CA<br>949-855-9994<br>Description<br>BUILDING MATERIAL | | | $112.48 |
| 04/23/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 | | | $35.74 |
| 04/23/14 | CALIFORNIA PIZZA 059MANHATTAN BEACH   CA<br>RESTAURANT | | | $38.63 |
| 04/23/14 | SHELL OIL 5744273750CAPISTRANO      CA<br>AUTO FUEL DISPENSER | | | $87.95 |
| 04/24/14 | ORANGE COMM PH SV  949-240-1212    CA<br>CABLE PHONE SERV | | | $173.01 |
| 04/24/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 | | | $33.61 |
| 04/25/14 | ST REGIS MONARCH FB DANA POINT     CA<br>9492343200 | | | $354.44 |
| 04/25/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN  CA<br>9492481067 | | | $11.98 |
| 04/25/14 | JADTEC 6500000034395ORANGE      CA<br>7142820828<br>Description            Price<br>DETECTIVE/SECURITY      $155.40 | | | $155.40 |
| 04/25/14 | 91 EXPRESS LANES REBANAHEIM      CA<br>800-600-9191 | | | $50.00 |

Continued on reverse

GREGG MULHOLLAND

**DUPLICATE COPY**
Account Ending 5-93008

| Detail Continued | *Indicates posting date | | |
|---|---|---|---|
| | | Foreign Spend | Amount |
| 04/25/14 | WALGREENS #9843 0000MISSION VIEJO   CA<br>8002892273<br>Description<br>REFER TO RECEIPT | | $6.47 |
| 04/25/14 | WALGREENS #9843 0000MISSION VIEJO   CA<br>8002892273<br>Description<br>REFER TO RECEIPT | | $19.80 |
| 04/26/14 | ORANGE COMM PH SV  949-240-1212   CA<br>CABLE PHONE SERV | | $612.33 |
| 04/26/14 | CR&R INC - HAULAWAY STANTON       CA<br>714-826-9049<br>Description<br>MISCELLANEOUS PERSO | | $59.94 |
| 04/26/14 | MARBELLA FARMERS MARSAN JUAN CAPISTRAN CA<br>9492481067 | | $9.98 |
| 04/26/14 | SUSHI TAI      SAN JUAN CAPISTRA CA<br>RESTAURANT | | $137.18 |
| 04/26/14 | RALPHS #0738 00000073108844272<br>3108844272<br>GROCERY STORES | | $58.90 |
| 04/27/14 | VUDU.COM 9123    408-492-1010<br>1958307_390 940663<br>CABLE/BROADCAST SVC | | $19.99 |