IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 2:11-cv-02011 |
| v. | ) ) |
| ROCCO BRANDONISIO, ET AL, | ) ) |
| Defendants. | ) |

## ORDER TO DISBURSE GARNISHED FUNDS

This case is before the Court upon Plaintiff-Judgment Creditor's, United States Securities and Exchange Commission ("Commission"), Motion for an Order to Disburse Garnished Funds, and the record as a whole. Having considered the Commission's Motion, this Court finds as follows:

1. This Court has jurisdiction over the subject matter of the action and over the Defendant-Judgment Debtor Gregg R. Mulholland ("Judgment Debtor" or "Mulholland").

2. The record establishes that on September 24, 2013, this Court entered a final judgment ("Judgment") in favor of the Commission and against Mulholland for disgorgement and prejudgment interest in the total amount of $2,892,123.18, and a civil penalty in the amount of $2,417,311.76.

3. On June 25, 2015, the Commission filed its Application for a Writ of Garnishment ("Application") as it relates to EW Bank. (ECF No. 58).

4. On June 25, 2015, this Court granted the Commission's Application and entered a Post-Judgment Continuing Writ of Garnishment, which was served on EW Bank by UPS Next

Day Air and email on June 29, 2015. (ECF Nos. 61, 80).

5. On July 20, 2015, the Garnishment Documents were served on Mulholland and his alter ego, Vision Crest Consulting Group, LLC ("Vision Crest"), by UPS. (ECF Nos. 76, 77).

6. EW Bank answered the Writ of Garnishment and stated that it held funds of Vision Crest in the amount of $191.43.

7. Neither Mulholland nor Vision Crest has requested a hearing in this matter or asserted any reason why the funds being held by EW Bank are exempt from garnishment.

Now, therefore,

IT IS HEREBY ORDERED that the Judgment Creditor's Motion for an Order to Disburse Garnished Funds is **GRANTED**.

IT IS HEREBY ORDERED that Garnishee, East West Bank, pay $ __191.43__ to the U.S. Securities and Exchange Commission, which shall be delivered or mailed to:

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169,

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Greg R. Mulholland as a defendant in this action; and specifying that payment is made pursuant to this the Final Judgment entered in this matter.

Dated: __April 15__, 2016     _____
                              United States District Judge