UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:11-CV-02011-JAD-VCF |
| v. ) ) | |
| ROCCO BRANDONISIO, JR., ET AL., ) ) | |
| Defendants, ) ) | |

### SATISFACTION OF MONETARY PROVISIONS ONLY OF THE FINAL JUDGMENT AGAINST DEFENDANT ANDREA RITCHIE

Plaintiff, United States Securities and Exchange Commission, hereby acknowledges that Defendant, Andrea Ritchie, remitted payments in the total amount of $25,022 on January 1, 2016, and March 24, 2016. These payments satisfied the monetary provisions only of the Final Judgment entered by this Court on September 24, 2013. All other provisions of and relief granted by the Final Judgment remain in effect.

This satisfaction does not affect any other Judgment entered against any other defendant in the above captioned matter.

Date: June 3, 2016                    Respectfully submitted,

/s/Christy J. White
Christy J. White
DC Bar No.: 974102
United States Securities and Exchange Commission
100 F Street, NE, MS 5628
Washington, DC 20549
(202) 551-4502 (Phone)
Whitechr@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I caused a true and correct copy of Plaintiff Securities and Exchange Commission's Satisfaction of Monetary Provisions Only of the Final Judgment Against Defendant Andrea Ritchie to be served through the Court's Electronic Court Filing System (or CM/ECF System), which will automatically send an email notification of such filing to the parties of record, and to the following by way of email:

>Andrea Ritchie
>2114 Crystal Cove Way
>San Marcos, CA 92078
>andreabritchie@gmail.com

Dated this 3rd day of June, 2016.

>By:   /s/Christy J. White
>      Christy J. White
>      DC Bar No.: 974102
>      United States Securities and Exchange Commission
>      100 F Street, NE, MS 5628
>      Washington, DC 20549
>      (202) 551-4502 (Phone)
>      Whitechr@sec.gov